**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO: 12-49063-659** |
| **KENNETH ARTHUR MAJOROS** | ) | **Chapter 13** |
| **ANDREA ROSE MAJOROS** | ) | |
| | ) | **Re:Objection to Claim 14 filed by** |
| | ) | **CAPITAL ONE NA** |
| | ) | **Acct: 4305** |
| | ) | **Amount: $4,711.82** |
| **Debtors** | ) | **Response Due: January 29, 2013** |
| | ) | |

### TRUSTEE'S OBJECTION TO CLAIM 14

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of CAPITAL ONE NA dated January 03, 2013, SHOULD BE DENIED AS FILED BECAUSE THE CLAIM IS NOT ACCOMPANIED BY A COPY OF THE WRITING ON WHICH THE CLAIM IS BASED NOR PROOF THAT THE SECURITY INTEREST HAS BEEN PERFECTED. THE TRUSTEE SEEKS AN ORDER DIRECTING HIM TO PAY THE CLAIM AS A GENERAL UNSECURED CLAIM. WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

### NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO  63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

Dated: January 08, 2013

OBJCLM--AC

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

**12-49063 Trustee's Objection to Claim 14**                    **01/08/2013  Page 2**

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of January 08, 2013.

/s/ John V. LaBarge, Jr.

KENNETH ARTHUR MAJOROS
ANDREA ROSE MAJOROS
463 PINE HOLLOW CT
BALLWIN, MO  63021

CAPITAL ONE NA
3936 E FT LOWELL RD #200
C/O BASS & ASSOCIATES PC
TUCSON, AZ  85712

DANNA MCKITRICK PC
7701 FORSYTH BLVD
STE 800
CLAYTON, MO  63105

BASS & ASSOC PC
3936 E FT LOWELL RD
STE 200
TUCSON, AZ  85712